IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSS BARLETT and MARC BARTLETT, | ) ) ) | 4:09CV3168 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **AMENDED PROGRESSION ORDER** |
| DEERE & COMPANY, a Delaware Corporation. | ) ) | |

IT IS ORDERED that the parties' joint motion to continue, (filing no. 34), is granted and the final progression order is amended as follows:

a. A jury trial is set to commence on March 28, 2011. No more than five days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

b. The pretrial conference will be held before the undersigned magistrate judge on March 17, 2011 at 11:00 a.m. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on March 16, 2011, and the draft order shall conform to the requirements of the local rules.

c. The discovery and deposition deadline is December 1, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

d. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is December 15, 2010.

August 3, 2010

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge