IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROSS BARTLETT, and MARC BARTLETT, | ) ) ) | |
| Plaintiffs, | ) ) | 4:09CV3168 |
| v. | ) ) | |
| DEERE & COMPANY, a Delaware Corporation, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

The plaintiffs, Ross and Marc Bartlett have moved for an order compelling the defendant, Deere & Company, to provide full and complete answers to interrogatories and responses to requests for production of documents. Filing No. 25. Based on the parties' briefs, it appears some of the issues initially raised in the motion to compel have now been resolved, but others remain. Moreover, after the motion to compel was filed, the defendant provided supplemental discovery responses withdrawing some objections to some of the discovery requests and as to others, indicated documents "will be produced," (see e.g. Request 11). The plaintiff's reply brief specifically mentions interrogatories 1 and 21 and requests 8 and 15 as unresolved, but it is unclear whether those discovery requests are the only ones still at issue and whether answers have now been provided as promised in defendant's supplemental responses.

Accordingly, to facilitate a prompt and fully informed resolution of the parties' ongoing discovery dispute,

IT IS ORDERED that a telephonic hearing on the plaintiff's motion to compel will be held before the undersigned magistrate judge on August 24, 2010 at 4:00 p.m. Counsel for the plaintiff shall place the call.

DATED this 18th day of August, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge